**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                            5:00cr2/SPM
                                                                     5:03cv136/SPM/MD

BYRON DANIELS,

        Defendant.
_____

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Pending before the Court is Defendant's request for a certificate of appealability. (doc. 364). Because Defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability will be denied.

As explained in the Report and Recommendation (doc. 345), the Court's determination of the amount of cocaine attributable to Defendant had no practical effect on his guideline sentence because the jury found Defendant guilty of an offense involving more than five kilograms of cocaine (see doc. 197), which on its own justified Defendant's base offense level of 32. Defendant's complaint about his fine and the delegation of his payment schedule to the probation officer is not cognizable on § 2255 review. Blaik v. United States, 161 F.3d 1341, 1342-43 (11th Cir. 1998). Finally, to the extent Defendant claims relief based on Booker[1], Booker is not retroactive on collateral review. Varela v. United States, 400 F.3d. 864, 868 (11th Cir. 2005). Defendant's position on these matters are not debatable among

---

[1] United States v. Booker, 543 U.S. ___, 125 S.Ct. 738 (2005).

reasonable jurists.

 Based on the foregoing, it is

 ORDERED AND ADJUDGED that Defendant's request for a certificate of appealability is denied.

 DONE AND ORDERED this 5th day of July, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge